TODD KIM
Assistant Attorney General
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D.C. 20002
Telephone (202) 514-0375

*Attorneys for Defendants*

[additional counsel listed in signature block]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, and MARTHA GUZMAN, in her official capacity as Regional Administrator for Region 9 of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 4:22-cv-04191-YGR<br><br>**JOINT STIPULATION HOLDING DEADLINES IN ABEYANCE AND VACATING THE INITIAL CASE MANAGEMENT CONFERENCE, AND [PROPOSED] ORDER** |

1

Defendants United States Environmental Protection Agency, Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency, and Martha Guzman, in her official capacity as Regional Administrator for Region 9 of the United States Environmental Protection Agency ("EPA"), and Plaintiff Center for Community Action and Environmental Justice ("Plaintiff"), hereby stipulate to and request that the Court enter an order holding all pending deadlines in abeyance for 90 days and vacating the initial Case Management Conference ("CMC") set for October 24, 2022 at 2:00 p.m. by video teleconference (Dkt. No. 15). In support of this request, the parties state as follows:

1. The parties have reached a tentative agreement on a proposed settlement that would resolve all issues remaining in this matter other than the claim for costs of litigation, including attorneys' fees, and have memorialized that agreement in a proposed consent decree.

2. Approval of any settlement on behalf of EPA requires review and approval by the appropriate officials at EPA and the Department of Justice ("DOJ") as well as compliance with the notice and comment requirements of 42 U.S.C. § 7413(g), which includes publication in the Federal Register and a 30-day public comment period on the proposed consent decree.

3. The parties believe that 90 days is adequate time to complete the EPA and DOJ management review process and, if approved, initiation of the notice and comment process under 42 U.S.C. § 7413(g).

4. The following case deadlines would be held in abeyance: (a) pursuant to Federal Rule of Civil Procedure 12(a)(2), the deadline for EPA to file an answer or other responsive pleading to Plaintiff's Complaint (Dkt. No. 1) is September 20, 2022; and (b) an Alternative Dispute Resolution Certification signed by parties and counsel is due September 29, 2022 (Dkt. No. 7).

5. The initial CMC set for October 24, 2022 at 2:00 p.m. by video teleconference would be vacated (Dkt. No. 15).

Therefore, in light of the parties' tentative agreement on a proposed consent decree, the parties stipulate to and respectfully request that the court enter an order:

a. holding all pending deadlines in abeyance for 90 days to allow time for the DOJ and EPA management review and, if approved, initiation of the notice and comment process under 42 U.S.C. § 7413(g);

b. vacating the initial CMC for October 24, 2022 at 2:00 p.m. by video teleconference with the Joint Case Management Statement due October 17, 2022 (Dkt. No. 15); and

c. setting a compliance hearing on the Court's 9:01 a.m. calendar on the first Friday following the 90-day abeyance period, December 8, 2022, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California, by video teleconference. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT providing a status report on management review of the proposed consent decree and, if approved, the notice and comment process under 42 U.S.C. § 7413(g).

Respectfully submitted,

/s Brent J. Newell (email auth. 9/8/22)

BRENT J. NEWELL (Cal. Bar No. 210312)
Law Offices of Brent J. Newell
245 Kentucky Street
Suite A4
Petaluma, CA 94952
Tel. (661) 586-3724
Email: brentjnewell@outlook.com

*Attorney for Plaintiff*

Date: September 8, 2022

TODD KIM
Assistant Attorney General

/s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.149
Washington, D.C. 20002
Tel: (202) 514-0375
Leslie.Hill@usdoj.gov

*Attorneys for Defendants*

# [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown:

a. all pending deadlines are held in abeyance for 90 days to allow time for the DOJ and EPA management review and, if approved, initiation of the notice and comment process under 42 U.S.C. § 7413(g);

b. the initial CMC set for October 24, 2022 at 2:00 p.m. by video teleconference is vacated; and

c. a compliance hearing shall be held on the Court's 9:01 a.m. calendar on the first Friday following the 90-day abeyance period, December 8, 2022, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California, by video teleconference. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT providing a status report on management review of the proposed consent decree and, if approved, the the notice and comment process under 42 U.S.C. § 7413(g).

**IT IS SO ORDERED**.

Dated:

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE