BRENT J. NEWELL (State Bar No. 210312)
LAW OFFICES OF BRENT J. NEWELL
245 Kentucky Street, Suite A4
Petaluma, CA 94952
Tel: (661) 586-3724
brentjnewell@outlook.com

Attorney for Plaintiff
Center for Community Action and
Environmental Justice

[additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR COMMUNITY ACTION AND ENVIRONMENTAL JUSTICE, a nonprofit corporation,<br><br>     Plaintiff,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, and MARTHA GUZMAN, in her official capacity as Regional Administrator for Region 9 of the United States Environmental Protection Agency,<br><br>     Defendants. | Case No. 3:22-cv-04191-YGR<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES AND ~~PROPOSED~~ ORDER** |

1 | Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, Plaintiff, the Center for Community Action and Environmental Justice, and Defendants, the United States Environmental Protection Agency et al. ("EPA"), (together, "the Parties") stipulate to continue the deadline for the Center to file a bill of costs and motion for attorney fees to May 5, 2023. On December 21, 2022, the Court entered a Consent Decree resolving Plaintiff's claim under 42 U.S.C. § 7604(a)(2) that EPA failed to perform a non-discretionary duty under the Clean Air Act. (Dkt. No. 22). The Consent Decree did not settle Plaintiff's right to seek the costs of litigation under 42 U.S.C. § 7604(d). Rather, it reserved and established a deadline to file with the Court a bill of costs and motion for attorney fees no later than 90 days after entry of the Consent Decree, which is March 21, 2023. (Dkt. No. 22 ¶¶ 10-11).

The Parties are presently negotiating an agreement that will resolve any claim for the costs of litigation under 42 U.S.C. § 7604(d). The additional time stipulated to and requested will allow the parties to reach an agreement or for the Center to file the Bill of Costs and Motion for Attorney's Fees. The parties agree that they are not far apart and are hopeful that the issues can be resolved without the Court's intervention.

On March 1, 2023, the Parties filed a Joint Status Report as ordered by the Court to provide detail on the Parties efforts to resolve the costs and attorney's fees issues. (Dkt. No. 25). On March 6, 2023, the Court continued the compliance deadline to May 19 at 9:01 a.m. and ordered the Parties to file a joint status report five (5) business days prior to the deadline. (Dkt. No. 26).

Previously, the Parties stipulated, and the Court ordered, to hold all deadlines in abeyance and vacate the initial case management conference. (Dkt. No. 17). There have been no other time modifications.

THEREFORE, the Parties stipulate to and request that the Court enter an order continuing the deadline to file a bill of costs and motion for attorney fees to May 5, 2023.

Respectfully submitted,

Date: March 14, 2023

/s/ Brent J. Newell
BRENT J. NEWELL (Cal. Bar No. 210312)
Law Offices of Brent J. Newell
245 Kentucky Street
Suite A4
Petaluma, CA 94952
Tel. (661) 586-3724
Email: brentjnewell@outlook.com

*Attorney for Plaintiff*

Date: March 14, 2023

TODD KIM
Assistant Attorney General

 /s/ Hubert T. Lee
HUBERT T. LEE (NY Bar No. 4992145)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, N.E.
Suite 4.1116
Washington, D. C.  20002
Tel: (202) 514-1806
Hubert.Lee@usdoj.gov

*Attorneys for Defendants*

STIPULATION TO EXTEND DEADLINE TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES AND ~~PROPOSED~~ ORDER
CASE NO. 3:22-CV-04191-YGR

2

**~~PROPOSED~~ ORDER**

Pursuant to stipulation and for good cause shown

a. the March 21, 2023 deadline for Plaintiff to file a bill of costs and motion for attorney fees (Dkt. No. 22 ¶ 10) is continued to May 5, 2023; and

b. the compliance hearing and joint statement previously ordered by the Court (Dkt. No. 26) shall remain in effect.

**IT IS SO ORDERED**.

Dated: March 16, 2023

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE